**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LOREN DEAN STRAUB**                                                            **PLAINTIFF**

**v.**                      **CASE NO. 03:05-CV-00082 GTE**

**UNION PACIFIC RAILROAD COMPANY;**
**COASTAL UNILUBE**                                                  **DEFENDANTS**

### **ORDER**

Presently before the Court is the Defendant Union Pacific Railroad Company's Motion to Withdraw Motion for Partial Summary Judgment. The Court will grant this Motion.

IT IS THEREFORE ORDERED that the Defendant's Motion to Withdraw Motion for Partial Summary Judgment (Dkt. #24) be, and it is hereby, GRANTED. Defendant Union Pacific's Motion for Partial Summary Judgment (Dkt. #14) be, and it is hereby, DENIED as moot.

Dated this 28th day of February, 2006.

                                                      _/s/Garnett Thomas Eisele_____
                                                       UNITED STATES DISTRICT JUDGE