# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**LOREN DEAN STRAUB**                                                                             **PLAINTIFF**

vs.                                          **NO. 3:05CV00082 GTE**

**UNION PACIFIC RAILROAD COMPANY, ET AL**                                     **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice,

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 10th day of August, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE